IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00182-MR-WCM

| MELISSA FEHLING | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| PRI PRODUCTIONS, INC.; | ) | |
| Defendant. | ) | |

This matter is before the court on a letter "Status Report" filed by Plaintiff Melissa Fehling, which the court has construed as a Motion for Miscellaneous Relief (the "Motion," Doc. 24).

On May 19, 2022, the undersigned granted in part and denied in part Defendant's Motion to Compel. Doc. 22. The May 19 Order required Plaintiff to produce, on or before June 17, 2022, certain medical records covering the period from January 1, 2018 through present. Id. Plaintiff was also directed to produce additional responsive documents relative to Plaintiff's tax returns, including those she may receive from the IRS, on or before June 17. Id.

On June 21, Plaintiff filed the instant Motion through which Plaintiff provides an "update" on her efforts to comply with the May 19 Order, and

1

requests "some additional time to obtain and provide the remaining outstanding discovery…." Doc. 24 at 2.

Plaintiff does not, however, provide specific information regarding the amount of "additional time" she seeks or set forth Defendant's position regarding such a request.

Further, while the undersigned understands that some courts may accept requests for court action in the form of letters, the general practice in this District is for counsel to seek court action by way of formal motions that are accompanied by supporting briefs (when required by the Local Rules) and that show consultation among counsel (again when required).

Plaintiff remains free to seek appropriate relief or action from the court with regard to discovery matters as she deems necessary. However, for the reasons described above, the letter "Status Report" (Doc. 24), which the court has construed as a Motion for Miscellaneous Relief, is **DENIED**.

It is so ordered.

Signed: June 24, 2022

W. Carleton Metcalf
United States Magistrate Judge